```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 20688
   BRENDA J JOHNSON MCGEE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2115


-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/27/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  50.52% from remaining funds.

     The case was paid in full 07/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
HOMEQ SERVICING            SECURED              836.77        368.85         836.77
SAXON MORTGAGE             MORTGAGE ARRE       7296.50           .00        7296.50
SAXON MORTGAGE             CURRENT MORTG          .00           .00            .00
ILLINOIS DEPT OD REVENUE   PRIORITY          NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY            5656.27          .00         5656.27
ALLIED INTERSTATE          UNSECURED         NOT FILED          .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00            .00
NICOR GAS                  UNSECURED         NOT FILED          .00            .00
GOTTLIEB & SCHWARTZ        UNSECURED         NOT FILED          .00            .00
LOYOLA UNIVERSITY          UNSECURED            657.15          .00          331.97
CITY OF CHICAGO WATER DE   UNSECURED         NOT FILED          .00            .00
COOK COUNTY COLLECTOR      UNSECURED         NOT FILED          .00            .00
HSBC AUTO FINANCE          UNSECURED          12386.00          .00         6256.91
M3 FINANCIAL SERVICES IN   UNSECURED         NOT FILED          .00            .00
MT SINAI HOSPITAL          UNSECURED         NOT FILED          .00            .00
MUNICIPAL COLLECTION SER   UNSECURED         NOT FILED          .00            .00
AMERICAN ROAD RECOVERY     UNSECURED         NOT FILED          .00            .00
SANTANA ENERGY SERVICES    UNSECURED         NOT FILED          .00            .00
MT SINAI HOSPITAL          UNSECURED         NOT FILED          .00            .00
BELLWOOD WATER DEPARTMEN   UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED OTH       620.00           .00          313.22
ROUNDUP FUNDING LLC        UNSECURED          13930.64          .00         7037.20
INTERNAL REVENUE SERVICE   UNSECURED           3020.05          .00         1525.61
SEARS                      NOTICE ONLY       NOT FILED          .00            .00
LEHMAN & FOX               DEBTOR ATTY        2,194.00                     2,194.00
TOM VAUGHN                 TRUSTEE                                         1,932.70
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS             DISBURSEMENTS

             PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 20688 BRENDA J JOHNSON MCGEE
```

```
-------------------------------------------------------------------------------
TRUSTEE                             33,750.00

PRIORITY                                                         5,656.27
SECURED                                                          8,133.27
    INTEREST                                                       368.85
UNSECURED                                                       15,464.91
ADMINISTRATIVE                                                   2,194.00
TRUSTEE COMPENSATION                                             1,932.70
DEBTOR REFUND                                                         .00
                                   ---------------          ---------------
TOTALS                              33,750.00                   33,750.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 20688 BRENDA J JOHNSON MCGEE